```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JON BORGESE,                        :
Individually and as Guardian of     :
LB., and on Behalf of All Others    :
Similarly Situated,                 :
                                    :
                                    :   20 Civ. 1180 (VM)
                     Plaintiffs,    :
          - against -               :        ORDER
                                    :
BABY BREZZA ENTERPRISES LLC; THE    :
BETESH GROUP; and THE BETESH GROUP  :
HOLDING CORPORATION, INC.,          :
                                    :
                     Defendants.    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2021

**VICTOR MARRERO, United States District Judge.**

The Complaint in this putative class action was filed on February 12, 2020. ("Complaint," Dkt. No. 2.) Pursuant to the Court's Individual Rules of Practice, counsel for Defendants submitted a pre-motion letter to dismiss the Complaint via e-mail to chambers on April 23, 2020. Plaintiff submitted a responsive letter via e-mail to chambers on April 30, 2020.

Since then, the parties have filed several joint stipulations extending the time to answer or otherwise reply to the Complaint. (See, e.g., Dkt. Nos. 8, 10, 12, 14, 16, 18, 20.)

By this Order, the Court confirms that Rule II(B) of the Courts Individual Rules of Practice tolls the deadline to answer or otherwise respond to the Complaint upon submission of pre-motion letters.

**SO ORDERED.**
Dated:   New York, New York
         12 JANUARY 2021

_____
Victor Marrero
U.S.D.J.