```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JON BORGESE, Individually and as Guardian of LB., and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>   -against-<br><br>BABY BREZZA ENTERPRISES LLC; THE BETESH GROUP; AND THE BETESH GROUP HOLDING CORPORATION, INC.,<br><br>    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/13/21<br><br>20 Civ. 1180 (VM)<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

  The Court previously granted Defendants' motion to stay this action pending resolution of the parallel action in New York State court. (Dkt. No. 24.) The parties have now filed a stipulation of dismissal with prejudice. (Dkt. No. 29.) The Court hereby vacates the stay in this action and approves the parties' stipulation of dismissal with prejudice.

**SO ORDERED.**

Dated:  New York, New York
     December 13, 2021

                 _____
                   Victor Marrero
                    U.S.D.J.